# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DRAPER LEE QUEEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1469** |
| **MEDICAL STAFF OF TERREBONNE PARISH CONSOLIDATED GOVERNMENT et al.** | **SECTION: "G"(1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that all claims raised by Plaintiff Draper Lee Queen in the Complaint and the Amended Complaint are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

**NEW ORLEANS, LOUISIANA**, this 11th day of May, 2022.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**